**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSE MIGUEL PEREZ, : No. 395 MAL 2014
:
Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JOHN KERESTES, :
:
Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.